<table>
<tr><td></td><td>
**FILED**
CLERK, U.S. DISTRICT COURT

5/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ E.C. _____ DEPUTY
</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | DR:26-CR-1007-EG |
| v. | 5:26-mj-00293-DUTY |
| BERTHA ALISIA ROMO | |
| | **AFFIDAVIT RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: U.S. ATTORNEY'S OFFICE
in the WESTERN                    District of TEXAS                    on 04/22/2026
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about 2026
in violation of Title 21                    U.S.C., Section(s) 841
to wit: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE, RESULTING IN DEATH

A warrant for defendant's arrest was issued by: U.S. MAGISTRATE JUDGE MATTHEW H. WATTERS

Bond of $DETAIN                    was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

| | |
|---|---|
| _Signature of Agent_ | MARCO GARZA |
| Signature of Agent | Print Name of Agent |
| DEA | SPECIAL AGENT |
| Agency | Title |