Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT

5/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.

BERTHA ALISIA ROMO

USMS# _____   DEFENDANT

CASE NUMBER:
DR:26-CR-1007-EG
5:26-mj-00293-duty

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/30/2026 at 0600 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC SEC 846 CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ENGLISH

7. Year of Birth: 1996

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: MARCO GARZA (please print)

12. Office Phone Number: 951-453-3048   13. Agency: DEA

14. Signature: _____   15. Date: 04/30/2026

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION